UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA BOGGS,<br><br>                    Plaintiff,<br><br>         v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | CIVIL ACTION NO. 1:13-CV-00111<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 27th day of March, 2014, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter final judgment **REVERSING** the decision of the Commissioner of Social Security and **REMANDING** this case to the Commissioner for further proceedings consistent with the Memorandum Opinion; and

2. The Clerk of Court shall **CLOSE** this case.

                                        BY THE COURT:


                                        *s/ Karoline Mehalchick*
                                        **KAROLINE MEHALCHICK**
                                        **United States Magistrate Judge**